CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Matt Mihsen

Plaintiff(s)

vs.

The Syrian Arab Republic and The Islamic Republic of Iran

Civil Action No.: 1:25-cv-01550-CJN

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Syrian Arab Republic
c/o Foreign Minister Asaad Hassan al-Shaybani
Ministry of Foreign Affairs
Next to al-Assad University Hospital
Next to Presidency of the Council of Ministers Building
Kafar Soussa, Damascus, Syria

by: (check one)
- [x] certified or registered mail, return receipt requested
- [ ] DHL
- [ ] Fed Ex

pursuant to the provisions of: (check one)
- [ ] FRCP 4(f)(2)(C)(ii)
- [x] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Syrian Arab Republic, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Kirby D. Behre
(Signature)

Kirby D. Behre
Miller & Chevalier Chartered
900 16th St. N.W.
Washington, D.C. 20006

(Name and Address)