# Miller & Chevalier

Kirby D. Behre
Member
(202) 626-5960
kbehre@milchev.com

May 28, 2025

**VIA HAND DELIVERY**

Office of the Clerk
ATTN: Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *Matt Mihsen v. The Syrian Arab Republic, et al.*, 1:25-cv-01550-CJN
**Request for Service of Process of Complaint and Case Initiating Documents**

Dear Ms. Caesar:

On behalf of Plaintiff Matt Mihsen in the above captioned matter, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service on Defendant The Syrian Arab Republic ("Syria" or "Defendant").

28 U.S.C. § 1608(a)(3) requires "sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned."[1]  To that end, we will file this letter electronically and then deliver to the office of the Clerk the following:

(1) one copy of the Affidavit Requesting Foreign Mailing (including this letter);

(2) one copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;

(3) one copy of the summons, complaint, exhibit to complaint, civil cover sheet, offer to arbitrate, and Arabic translations thereof; and,

(4) one addressed envelope directed to USPS.

Page 2

*See* U.S. District Court for the District of Columbia, Clerk's Office Procedures for Service of Process on a Foreign Defendant (July 2024), at 8-9, *available at* https://www.dcd.uscourts.gov/sites/dcd/files/AttyManualForeignMlg2024.pdf.

Section 1608(a)(3) requires that copies of the required documents be "dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." Accordingly, we ask that you dispatch the documents referenced above via the prepaid USPS package that we have prepared and enclosed, addressed to:

The Syrian Arab Republic
Ministry of Foreign Affairs
Next to al-Assad University Hospital
Next to the Presidency of the Council of Ministers Building
Kafar Soursa, Damascus, Syria

If you have any questions or require any further information, please do not hesitate so contact me at (202) 626-5960 or kbehre@milchev.com.

Sincerely,

Kirby D. Behre

Enclosures as noted