

**UNITED STATES**
**POSTAL SERVICE.**

MARTIN LUTHER KING JR
1400 L ST NW LBBY 2
WASHINGTON, DC 20005-9997
www.usps.com

05/28/2025                    03:07 PM

TRACKING NUMBERS
RH004281765US

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package Intl Service" | 1 | | $38.35 |
| Syrian Arab Republic (the) | | | |
| Weight: 1 lb 3.00 oz | | | |
| Go to www.usps.com | | | |
| to track your shipment | | | |
| Registered #: | | | |
| RH004281765US | | | |
| Registered | | | $21.75 |
| Amount: $0.00 | | | |
| Affixed Postage | | | -$25.10 |
| Affixed Amount: $25.10 | | | |
| Total | | | $35.00 |

Grand Total:                    $35.00

Debit Card Remit                $35.00
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX8804
    Approval #: 4A6DOC
    Transaction #: 518
    Receipt #: 040806
    Debit Card Purchase: $35.00
    AID: A0000000042203    Contactless
    AL: US DEBIT
    US DEBIT

For updated information about

