UNITED STATES POSTAL SERVICE®

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

RH004281765US

**SENDER**

Full Last Name: Behre
Full First Name: Kirby
MI:
Business Name (if applicable): Miller & Chevalier Chartered
Sender's Telephone: (202) 626-6033
Address-1: 900 16th St, NW
Address-2:
City: WASH, DC
State: DC
ZIP Code™: 20006

**ADDRESSEE'S INFORMATION**

Full Last Name:
Full First Name:
MI:
Business Name (if applicable): The Syrian Arab Republic
Addressee's Telephone:
Address-1: Ministry of Foreign Affairs
Postal Code:
Address-2: [Al]-Assad University Hospital
City: Kafr Sousa
State/Province: Damascus
Country: Syria

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply): ☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Documents | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 6. Total | | | |

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (if applicable and known)
10. Exporter's Telephone (if applicable and known)
11. Importer's Reference (if applicable and known)
12. Importer's Telephone (if applicable and known)
13. AES ITN (if applicable)
14. AES Exemption — NOEEI § (Check one if applicable) ☐ § 30.36 ☐ § 30.37 (a) ☐ § 30.37 (h) ☐ § 30.37 (y) ☐ Other
15. License Number (if applicable)
16. Certificate Number (if applicable)
17. Invoice Number (if applicable)
18. Length (inches)
19. Width (inches)
20. Height (inches)
21. Restrictions (if applicable — check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned
23. Sender's Signature and Date: [signature] 5/28/25

**I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.**

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|
| | |
| | |
| | |
| | |

**4 – Sender's Copy**

IMPORTANT: This package may be opened officially.

PS Form **2976-R**, April 2016 PSN 7530-17-000-7992